1  Michael Tsivyan, Esq. [SBN 322003]
   LAW OFFICES OF MICHAEL TSIVYAN
2  500 East Hamilton Ave. #1019
   Campbell, CA 95008
3  Telephone:     (408) 887-6739
   Email:         Michael@TsivyanEsq.com
4
   Attorney for Plaintiff HASSAN SALEHI
5

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10
   HASSAN SALEHI,                          Case. No.: 5:23-cv-01848-NC
11
                        Plaintiff
                                           STIPULATION AND ORDER REGARDING
12 v.                                      DISMISSAL OF THE ENTIRE ACTION

13 MGM GRAND HOTEL, LLC,
                                           Action filed:   April 17, 2023
14                      Defendant

15

16         Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, the parties hereby stipulate

17 that the instant action shall be dismissed in its entirety with prejudice.

18

19         DATE:       7/2/24          LAW OFFICES OF MICHAEL TSIVYAN

20                                     By:      /s/ Michael Tsivyan
                                               Michael Tsivyan, attorney for
21                                             Plaintiff HASSAN SALEHI

22

23         DATE:       7/2/24          JACKSON LEWIS P.C.

24                                     By:      /s/ Janelle J. Sahouria
                                               Janelle J. Sahouria, attorney for
25                                             Defendant MGM GRAND HOTEL, LLC

26

27

28

                                              1

**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, the instant action is hereby dismissed in its entirety with prejudice.

SO ORDERED.

Date:   July 8, 2024                    By:   _____


Hon. Na
Magistra                                           t Court,
Northern

CASE 5:23-CV-01848-NC: STIPULATION AND ORDER REGARDING DISMISSAL OF THE ENTIRE ACTION